IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Donald E. Reed | No.   05-30563 |
| Debtor | Hon.  Bruce Black |

**RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF
OUTSTANDING PAYMENT OBLIGATIONS**

Select Portfolio Servicing, Inc., Servicing agent for, EquiCredit Corporation of America, files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

$7,068.25 For Taxes paid 2006-2007

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

Submitted by:

_____/s/ Susan J. Notarius_____
Attorney for Select Portfolio Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679